NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HECTOR ELIAS,**
*Petitioner*

**v.**

**DEPARTMENT OF TRANSPORTATION,**
*Respondent*

---

2024-2276

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-20-0034-I-1.

---

**JUDGMENT**

---

KYLEE HANNEFIN BELANGER, Kylee Belanger Law Corporation, San Diego, CA, argued for petitioner.

STEPHEN J. SMITH, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent.  Also represented by ALBERT S. IAROSSI, PATRICIA M. MCCARTHY, BRETT SHUMATE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST, *Circuit Judge,* and SEEBORG, *Chief District Judge*)[1].

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 8, 2026
Date

Jarrett B. Perlow
Clerk of Court

---

[1] Honorable Richard Seeborg, Chief District Judge, United States District Court for the Northern District of California, sitting by designation.